UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LAVALE WASHINGTON,<br><br>    Petitioner,<br><br>    v.<br><br>C. PFEIFFER, Warden,<br><br>    Respondent. | No. 1:18-cv-00368-SKO HC<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER**<br><br>**(Doc. 5)**<br><br>**RESPONSE DUE IN FIFTEEN DAYS** |

Petitioner, Chris Lavale Washington, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 19, 2018, Petitioner filed his petition along with a motion for stay and abeyance pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005). (Docs. 1, 2.) Because Petitioner failed to set forth the proper grounds for a stay pursuant to *Rhines*,[1] on March 29, 2018, United States Magistrate Judge Stanley A. Boone Ordered Petitioner to file supplemental briefing addressing whether he was entitled to a stay. (Doc. 5.) On May 1, 2018, this Court granted Petitioner a 15 day extension if time to file his supplemental briefing. (Doc. 11.)

---

[1] A district court may stay a mixed petition if (1) the petitioner demonstrates good cause for failing to have first exhausted all claims in state court; (2) the claims potentially have merit; and (3) petitioner has not been dilatory in pursuing the litigation. *Rhines v. Weber*, 544 U.S. 269, 277-78 (2005).

1

Although more than 15 days have elapsed since the Court granted Petitioner an extension of time, Petitioner has failed to file supplemental briefing.

The Court has discretion to impose any and all sanctions authorized by statute or rule or within the inherent power of the Court, including dismissing the action, based on a petitioner's failure to comply with a court order. Fed. R. Civ. P. 11; Local R. 110.

Accordingly, the Court hereby orders that:

1. Within **fifteen (15) days** from the date of service of this Order, Petitioner shall file a written response to the Court, showing cause why the case should not be dismissed for Petitioner's failure to obey the Court's Order filed on March 29, 2018. Submission of the required supplemental briefing shall be deemed compliance with this requirement.
2. The Clerk of Court shall mail a copy of this Order to Petitioner's address, along with a copy of the Court's March 29, 2018 Order (Doc. 5).
3. Petitioner's failure to comply with this order to show cause will result in the recommendation to dismiss the above-captioned action.

IT IS SO ORDERED.

Dated: __**May 18, 2018**__     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE