UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LAVALE WASHINGTON,<br><br>Petitioner,<br><br>v.<br><br>C. PFEIFFER, Warden<br><br>Respondent. | No. 1:18-cv-00368-SKO HC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME**<br><br>**(Doc. 12)** |

Petitioner, Chris Lavale Washington, is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 18, 2018, the Court signed an order for Petitioner to show cause within fifteen days why he should not be sanctioned for failure to file supplemental briefing on his motion to stay the case, as the Court directed on March 29, 2018. (*See* Doc. 5.)

In the intervening time between the Court signing the order to show cause and the docketing of the order, Petitioner filed a second motion for extension of time to file supplemental briefing. Petitioner declares that he requires additional time to prepare supplemental briefing due to a breakdown in copying equipment. Petitioner has shown good cause for an extension of time.

1

The Court will not grant any further extensions of time for Petitioner to file supplemental briefing. The Court cautions Petitioner that continued late filings may result in the imposition of sanctions. Fed. R. Civ. P. 11; Local R. 110.

Accordingly, the Court hereby ORDERS

1. The order to show cause issued May 18, 2018, (Doc. 12), be discharged.
2. Petitioner is DIRECTED to file his supplemental briefing by May 25, 2018.

IT IS SO ORDERED.

Dated: **May 22, 2018**               /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE