UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LAVALE WASHINGTON,<br><br>Petitioner,<br><br>v.<br><br>C. PFEIFFER, Warden,<br><br>Respondent. | No. 1:18-cv-00368-DAD-SKO (HC)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND**<br><br>**(Doc. 24)** |

### SCREENING ORDER

Petitioner, Chris Lavale Washington, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**I.** **Preliminary Screening**

Rule 4 of the Rules Governing § 2254 Cases requires the Court to conduct a preliminary review of each petition for writ of habeas corpus. The Court must dismiss a petition "[i]f it plainly appears from the petition . . . that the petitioner is not entitled to relief." Rule 4 of the Rules Governing 2254 Cases; *see also Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990). A petition for habeas corpus should not be dismissed without leave to amend unless it appears that no tenable claim for relief can be pleaded were such leave to be granted. *Jarvis v. Nelson*, 440 F.2d

13, 14 (9th Cir. 1971).

## II. Signature Under Penalty of Perjury

A petition for writ of habeas corpus must "be signed under penalty of perjury by the petitioner or by a person authorized to sign if for the petition under 28 U.S.C. § 2242." Rule 2(c)(5) of the Rules Governing 2254 Cases. Although Petitioner signed the proof of service, Petitioner failed to sign the petition itself. As a result, the Court must dismiss the petition.

## III. Conclusion and Order

Accordingly, the Court hereby DISMISSES this action for failure to sign the petition under penalty of perjury. The Court hereby ORDERS:

1. The petition for writ of habeas corpus shall be dismissed with leave to amend.
2. The Clerk's Office shall send Petitioner a copy of this order and a form for a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody.
3. Within thirty (30) days of service of this order, Petitioner may file an amended petition signed under penalty of perjury.
4. If Plaintiff fails to file an amended petition within thirty (30) days from the date of service of this order, the undersigned will recommend that this action be dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED.

Dated: **March 14, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2