UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LAVALE WASHINGTON,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>C. PFEIFFER, Warden,<br><br>　　　　　　Respondent. | No. 1:18-cv-00368-DAD-SKO (HC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 26) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 29, 2019, the undersigned issued Findings and Recommendation to dismiss the petition, because petitioner had failed to submit a declaration signed under penalty of perjury stating he had filed the first amended petition, as ordered by the Court on March 15, 2019. (Doc. Nos. 25, 26.) On June 19, 2019, Petitioner filed a declaration under penalty of perjury in compliance with the Court's order of March 15, 2019. (Doc. 29.)

Accordingly, the Findings and Recommendation issued on April 29, 2019, are hereby VACATED.

IT IS SO ORDERED.

Dated: __**June 20, 2019**__　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1